FILED
2010 Oct-25  PM 12:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JIMMIE BOZEMAN, JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | 2:10-CV-1788-PWG |
| | ) | |
| **COI SUSIE JACKSON and** | ) | |
| **THE ATTORNEY GENERAL** | ) | |
| **OF THE STATE OF ALABAMA,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on September 23, 2010, recommending that the petition for writ of habeas corpus be dismissed as frivolous. On October 1, 2010, petitioner's copy of the findings and recommendation was returned by the Postal Service marked "no longer here." Petitioner has not furnished the clerk of court with a forwarding address. Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED** as frivolous. A Final Judgment will be entered.

**DONE** and **ORDERED** this the 25th day of October, 2010.

                                                                  */s/ Virginia Emerson Hopkins*
                                                                   **VIRGINIA EMERSON HOPKINS**
                                                                   United States District Judge